IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH HARRIS, : | |
| : | |
| Plaintiff : | |
| : | |
| VS. : | **7 : 05-CV-14 (RLH)** |
| : | |
| JO ANNE B. BARNHART, : | |
| Commissioner of Social Security, : | |
| : | |
| Defendant. : | |

**ORDER**

The plaintiff herein, who is proceeding *pro se*, filed this Social Security appeal on February 10, 2005. On March 9, 2006, the undersigned issued a show cause order, noting that the plaintiff had not filed a brief detailing his claims, as required by Local Rule 9.2. The plaintiff filed a response to the show cause order, stating that he did not know how to "answer it" and could not pay for a lawyer. He then outlines his various impairments.

The plaintiff has not filed a brief detailing the alleged errors in the Commissioner's final decision in this matter, despite being advised that this matter could be dismissed based on his failure to follow the Local Rules. The court notes as well that a careful review of the ALJ's decision and the record herein reveals that it is supported by substantial evidence. Medical records showed that the plaintiff had recovered from his injuries and adapted well to his prosthesis following his June 1995 car accident. Since being released from prison, having served a sentence for DUI manslaughter, the plaintiff did not require nor did he seek any ongoing medical treatment for his alleged impairments. None of plaintiff's treating or examining physicians issued any specific limitations in their treatment records, and the plaintiff's daily activities are inconsistent with the existence of disability.

Inasmuch as the plaintiff has failed to follow the rules of this court and has failed to show cause as to why this matter should not therefore be dismissed, and inasmuch as the Commissioner's decision is supported by substantial evidence, it is hereby **ORDERED** that the Commissioner's decision be **AFFIRMED** pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this 16th day of March, 2006.

    /s/  *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb